**Dismissed and Memorandum Opinion filed June 15, 2023**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00118-CV

---

### LASHOWNDA MABLE, Appellant

### V.

### THE PARK AT SUTTON HILL, BLUE MAGMA RESIDENTIAL LLC, Appellee

---

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1195739**

---

### MEMORANDUM OPINION

This appeal is from a judgment signed February 2, 2023. The clerk's record was filed February 22, 2023. The court reporter informed the court that there is no reporter's record in this matter. No brief was filed.

On April 27, 2023, this court issued an order stating that unless appellant filed a brief on or before May 30, 2023, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM

Panel consists of Justices Jewell, Hassan, and Wilson